UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

|  |  |
|---|---|
| CHARLOTTE WINELAND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AIR & LIQUID SYSTEMS CORP., *et al.*, <br><br> Defendants. | No. C19-0793RSL <br><br> ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE |

This matter comes before the Court on "Plaintiffs' Motion to Consolidate" the above-captioned matter with C19-1017RSL, a related action brought by the same plaintiffs, alleging the same asbestos exposure history and harm, and raising the same questions of law and fact. Dkt. # 49. Although the motion was filed only in this cause number, the defendants in C19-1017RSL were timely served with the moving papers. See Dkt. # 49 at 5 n.3. No opposition having been filed, the Court finds that consolidation is appropriate under Fed. R. Civ. P. 42(a).

For all of the foregoing reasons, plaintiffs' motion for consolidation is GRANTED. It is hereby ORDERED that <u>Wineland v. Air & Liquid Systems Corp</u>., Case No. C19-0793RSL, and <u>Wineland v. Alfa Laval, Inc.</u>, Case No. C19-1017RSL, are consolidated for all purposes. All documents filed in the future regarding these matters shall be filed under cause number C19-0793RSL and bear the caption:

ORDER GRANTING AMERICA RIOS'
MOTION FOR CONSOLIDATION - 1

| | |
|---|---|
| CHARLOTTE WINELAND, *et al.*, | No. C19-0793RSL |
| Plaintiffs, | |
| v. | |
| AIR & LIQUID SYSTEMS CORP., *et al.*, | |
| Defendants. | |

Plaintiffs shall file a consolidated amended complaint within fourteen days of the date of this Order. The case management deadlines established in C19-0793RSL at Dkt. # 43 shall govern the consolidated action.

Dated this 18th day of September, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING AMERICA RIOS'
MOTION FOR CONSOLIDATION - 2