THE HONORABLE ROBERT S. LASNIK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| CHARLOTTE WINELAND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AIR & LIQUID SYSTEMS CORP., *et al.*, <br><br> Defendants. | Case No. C19-0793RSL <br><br> STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT CLA-VAL CO. |

## I. <u>STIPULATION</u>

IT IS HEREBY STIPULATED AND AGREED between the plaintiffs Charlotte Wineland, individually, and Susan Wineland, , as personal representative of the Estate of John Dale Wineland, deceased ("Plaintiffs") and defendant Cla-Val Co., a division of Griswold Industries ("Cla-Val") that all claims asserted against Cla-Val in the above captioned case may be dismissed without prejudice and without costs to any party. Plaintiffs expressly reserve all rights against all other parties herein.

/ / /

/ / /

/ / /

/ / /

STIPULATION AND ORDER OF
DISMISSAL OF ALL CLAIMS
AGAINST DEFENDANT
CLA-VAL CO.

Page 1

**Foley & Mansfield, PLLP**
999 Third Avenue, Suite 3760
Seattle, WA 98104
Telephone: (206) 456-5360

| | |
|---|---|
| 1 | DATED this 22nd day of October, 2019. |
| 2 | |
| 3 | FOLEY & MANSFIELD, PLLP |
| 4 | By: _/s/ Kyle Jones_ |
| 5 | Kyle Jones, WSBA # 50838<br>asbestos-sea@foleymansfield.com |
| 6 | 999 Third Avenue, Suite 3760<br>Seattle, WA  98104 |
| 7 | Telephone:  (206) 456-5360<br>**Attorneys for Defendant Cla-Val Co.,** |
| 8 | **a division of Griswold Industries** |
| 9 | WEINSTEIN COUTURE PLLC |
| 10 | |
| 11 | By: _s/ Alexandra Caggiano_<br>Alexandra B. Caggiano, WSBA No. 47862 |
| 12 | 601 Union Street, Suite 2420<br>Seattle, Washington 98101 |
| 13 | Telephone: (206) 508-7070<br>Facsimile: (206) 237-8650 |
| 14 | **Attorneys for Plaintiffs** |
| 15 | And |
| 16 | FROST LAW FIRM, PC |
| 17 | |
| 18 | _s/ Scott Frost_<br>Scott L. Frost, WSBA #54685 |
| 19 | scott@frostlawfirm.com<br>273 West 7th Street |
| 20 | San Pedro, CA 90731<br>Telephone: (866) 353-6376 |
| 21 | Fax: (310) 861-8803<br>**Attorneys for Plaintiffs** |
| 22 | / / / |
| 23 | / / / |
| 24 | / / / |
| 25 | / / / |

STIPULATION AND ORDER OF
DISMISSAL OF ALL CLAIMS                    Page 2            **Foley & Mansfield, PLLP**
AGAINST DEFENDANT                                            999 Third Avenue, Suite 3760
CLA-VAL CO.                                                  Seattle, WA  98104
                                                             Telephone:  (206) 456-5360

## II. ORDER

THIS MATTER having come before the undersigned upon the foregoing stipulation of the parties for dismissal of Cla-Val Co. a Division of Griswold Industries only ("Cla-Val"), and the Court being fully advised, it is hereby **ORDERED, ADJUDGED AND DECREED** that the above action and all claims asserted against Cla-Val in the above captioned case may be dismissed without prejudice and without costs to any party. Plaintiffs expressly reserve all rights against all other parties herein.

IT IS SO ORDERED:

Dated this 25th day of October, 2019.

*/s/ S Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

FOLEY & MANSFIELD, PLLP

By: */s/ Kyle Jones*
Kyle Jones, WSBA # 50838
asbestos-sea@foleymansfield.com
**Attorney for Defendant Cla-Val Co.,
a division of Griswold Industries**

WEINSTEIN COUTURE PLLC

*By:* */s/ Alexandra Caggiano*
Alexandra B. Caggiano, WSBA No. 47862
alex@weinsteincaggiano.com
**Attorneys for Plaintiffs**

And

FROST LAW FIRM, PC

*/s/ Scott Frost*
Scott L. Frost, WSBA #54685
scott@frostlawfirm.com
**Attorneys for Plaintiffs**

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT CLA-VAL CO.

Page 3

**Foley & Mansfield, PLLP**
999 Third Avenue, Suite 3760
Seattle, WA 98104
Telephone: (206) 456-5360