HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLOTTE WINELAND, Individually, and SUSAN WINELAND, as Personal Representative of the Estate of JOHN DALE WINELAND, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION (*sued individually and as successor by merger to* BUFFALO PUMPS, INC.); *et al.*,<br><br>Defendants. | Case No. 2:19-cv-0793-RSL<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCLOSURE DEADLINE<br><br>NOTE ON MOTION CALENDAR: DECEMBER 09, 2019 |

**STIPULATION**

Pursuant to LCR 7(d)(1) and LCR 10(g), and on behalf of all parties to this matter and their respective counsel, Plaintiffs Charlotte Wineland and Susan Wineland, and their counsel, together with Defendant Syd Carpenter, Marine Contractor, Inc., and their counsel, and after meeting and conferring and obtaining the agreement of all Parties, hereby stipulate that there is good cause to extend the deadline to disclose expert testimony under Fed. R. Civ. P. 26(a)(2), set forth in the Court's October 30, 2019, Amended Order Setting Trial Date & Related Dates.

The principal purpose of this stipulation is to give the parties additional time to obtain reports from expert witnesses and conduct their depositions. Discovery does not close until

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCLOSURE DEADLINE - 1

FROST LAW FIRM, PC
273 West 7th Street
San Pedro, CA 90731
(866) FLF-MESO; Fax: (310) 861-8803

WEINSTEIN CAGGIANO PLLC
601 Union Street, Suite 2420
Seattle, Washington 98101
(206) 208-7070; Fax: (206) 237-8650

January 31, 2020, and there are still witnesses being deposed and documents being produced. Plaintiffs have been meeting and conferring with various Defendants regarding the scope of discovery, and have come to several agreements without needing the Court's intervention. However, the Parties need additional time to resolve issues before the completion of expert reports. Moreover, Plaintiffs and various Defendants are also actively engaged in settlement negotiations, and believe that an extension will help to facilitate settlement and allow any resolving parties to save on litigation costs.

The Parties propose extending the current expert witness disclosure and discovery deadlines as set forth below. The Parties do not believe that any other dates or deadlines need to be changed. By agreement and stipulation, all remaining Parties have agreed to these extensions. The agreement and stipulation by defendant Alfa Laval Inc. herein is made subject to and without waiving its objections that this Court lacks jurisdiction over it in this matter, as set forth in Defendant Alfa Laval Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. 10), which was filed herein on July 8, 2019, but which has not yet been ruled on by the Court.

**Reports from expert witnesses under FRCP 26(a)(2):**

Current date: December 13, 2019

Proposed date: January 15, 2020

**Expert Discovery Deadline**

Current date: January 31, 2020

Proposed date: February 14, 2020

DATED this 9th day of December, 2019.

Brian D. Weinstein, WSBA #24497
Alexandra D. Caggiano, WSBA #47862
Weinstein Caggiano PLLC

601 Union Street, Suite 2420
Seattle, WA 98101
Phone: (206) 508-7070

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCLOSURE DEADLINE - 2

FROST LAW FIRM, PC
273 West 7th Street
San Pedro, CA 90731
(866) FLF-MESO; Fax: (310) 861-8803

WEINSTEIN CAGGIANO PLLC
601 Union Street, Suite 2420
Seattle, Washington 98101
(206) 208-7070; Fax: (206) 237-8650

| | |
|---|---|
| 1 | Fax: (206) 237-8650 |
| 2 | Email: service@weinsteincaggiano.com |
| | *Attorneys for Plaintiffs* |
| 3 | |
| 4 | Scott Frost, WSBA #54685 |
| | Andrew Seitz, CA #273165* |
| 5 | *Admitted Pro Hac Vice* |

Frost Law Firm, PC
273 West 7th Street
San Pedro, CA 90731
Phone: (866) 353-6376
Email: scott@frostlawfirm.com
andrew@frostlawfirm.com
admin@frostlawfirm.com
*Attorneys for Plaintiffs*

FOLEY & MANSFIELD, PLLP

*s/ Diane C. Babbitt*
Diane C. Babbitt
Foley & Mansfield PLLP
999 Third Ave., Suite 3760
Seattle, WA  98104
206-456-5360
Email: dbabbitt@foleymansfield.com
*Attorneys for Syd Carpenter, Marine Contractor, Inc.*

STIPULATED MOTION AND [PROPOSED]
ORDER TO EXTEND EXPERT DISCLOSURE
DEADLINE - 3

**FROST LAW FIRM, PC**
273 West 7th Street
San Pedro, CA 90731
(866) FLF-MESO; Fax: (310) 861-8803

**WEINSTEIN CAGGIANO PLLC**
601 Union Street, Suite 2420
Seattle, Washington 98101
(206) 208-7070; Fax: (206) 237-8650

# ORDER

Based on the foregoing Stipulation of the Parties, it is hereby ORDERED that the case deadlines in this matter shall be extended as set forth below:

**Reports from expert witnesses under FRCP 26(a)(2):**

Old date: December 13, 2019

New date: January 15, 2020

**Expert Discovery Deadline**

Old date: January 31, 2020

New date: February 14, 2020

DATED this 12th day of Dec., 2019.

_____
THE HONORABLE ROBERT S. LASNIK

Presented by:

| | |
|---|---|
| /s/ Andrew Seitz 12/09/2019 | /s/ Christine Dinsdale 12/09/2019 |
| Plaintiff's Counsel     Date | Defendant Alfa Laval, Inc. |
| | Signing subject to and without waiving its objections that the court lacks personal jurisdiction over Alfa Laval, Inc. |
| /s/ Ronald C. Gardner 12/09/2019 | /s/ Lorianne Hanson 12/09/2019 |
| Defendant Auburn Technology, Inc. | Defendant Aurora Pump Company |
| /s/ J. Scott Wood 12/09/2019 | /s/ Timothy K. Thorson 12/09/2019 |
| Defendant Cla-Val Co. | Defendant Cleaver–Brooks, Inc. |
| /s/ Claude Bosworth 12/09/2019 | /s/ Alice Serko 12/09/2019 |
| Defendant Curtiss–Wright Flow Control Corp. | Defendant Electrolux Home Products, Inc. |

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCLOSURE DEADLINE - 4

FROST LAW FIRM, PC
273 West 7th Street
San Pedro, CA 90731
(866) FLF-MESO; Fax: (310) 861-8803

WEINSTEIN CAGGIANO PLLC
601 Union Street, Suite 2420
Seattle, Washington 98101
(206) 208-7070; Fax: (206) 237-8650

| | |
|---|---|
| /s/ Claude Bosworth 12/09/2019<br>Defendant Gardner Denver, Inc. | /s/ James E. Horne 12/09/2019<br>Defendant IMO Industries, Inc. |
| /s/ Rachel Tallon Reynolds 12/09/2019<br>Defendant Invensys Systems, Inc. | /s/ Kevin J. Craig 12/09/2019<br>Defendant Milwaukee Valves Company, Inc. |
| /s/ Dana C. Kopij 12/09/2019<br>Defendant The Nash Engineering Company | /s/ D. David Steele 12/09/2019<br>Defendant Puget Sound Commerce Center, Inc. |
| /s/ Rachel Tallon Reynolds 12/09/2019<br>Defendant RobertShaw Controls Co., Flowserve US, Inc. | /s/ J. Scott Wood 12/09/2019<br>Defendant Syd Carpenter, Marine Contractor, Inc. |
| /s/ Lorianne Hanson 12/09/2019<br>Defendant Taco, Inc. | /s/ J. Scott Wood 12/09/2019<br>Defendant Tate Andale, Inc. |
| /s/ Kevin J. Craig 12/09/2019<br>Defendant Velan Valve Corporation, Air & Liquid Systems Corporation, Ingersoll-Rand Company | /s/ James D. Hicks 12/09/2019<br>Defendant The Wm. Powell Company |
| /s/ Allen Eraut 12/09/2019<br>Defendant Warren Pumps LLC | /s/ Chrsitine Dinsdale 12/09/2019<br>Defendant BW/IP, Inc., Flowserve Corporation |
| /s/ G. William Shaw 12/09/2019<br>Defendant Crane Co. | /s/ Christopher Marks 12/09/2019<br>Defendant CBS Corporation, General Electric Company |
| /s/ Megan Uhle 12/09/2019<br>Defendant Carrier Corp. | /s/ Jeffrey Odom 12/09/2019<br>Defendant Anchor/Darling Valve Company |

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCLOSURE DEADLINE - 5

FROST LAW FIRM, PC
273 West 7th Street
San Pedro, CA 90731
(866) FLF-MESO; Fax: (310) 861-8803

WEINSTEIN CAGGIANO PLLC
601 Union Street, Suite 2420
Seattle, Washington 98101
(206) 208-7070; Fax: (206) 237-8650