HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLOTTE WINELAND, Individually, and SUSAN WINELAND, as Personal Representative of the Estate of JOHN DALE WINELAND, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.<br><br>Defendants. | Case No. 2:19-cv-00793-RSL<br><br>DECLARATION OF G. WILLIAM SHAW IN SUPPORT OF DEFENDANT CRANE CO.'S MOTION FOR SUMMARY JUDGMENT<br><br>NOTED FOR HEARING: January 24, 2020<br><br>ORAL ARGUMENT REQUESTED |

I, G. William Shaw, hereby declare and state:

1. I am counsel of record for Crane Co. in the above-captioned matter. I am over the age of eighteen, competent to testify, and make the following statements based on personal knowledge.

2. Mr. Wineland did not give a deposition prior to his passing. Plaintiffs have not identified any fact witnesses to testify regarding Mr. Wineland's work in the Navy, including his alleged work with Crane Co. equipment.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

SIGNED at Seattle, Washington, this 2nd day of January, 2020.

By: *s/ G. William Shaw*
G. William Shaw, WSBA # 8573

DECLARATION OF G. WILLIAM SHAW IN SUPPORT OF DEFENDANT CRANE CO.'S MOTION FOR SUMMARY JUDGMENT - 1
(Case No. 2:19-cv-00793-RSL)

K&L GATES, LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 370-7955
FACSIMILE: (206) 370-6169

# CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2020, I caused the foregoing to be served via email on all parties of record as follows:

| | |
|---|---|
| Brian D. Weinstein<br>Alexandra B. Caggiano<br>Weinstein Caggiano PLLC<br>601 Union Street, Suite 2420<br>Seattle, WA  98101<br>Email:  brian@weinsteincaggiano.com<br>           alex@weinsteincaggiano.com<br>           service@weinsteincaggiano.com<br><br>Scott L. Frost<br>Andrew Seitz (*admitted pro hac vice*)<br>Frost Law Firm PC<br>273 West 7th Street<br>San Pedro, CA  90731<br>Email:  scott@frostlawfirm.com<br>           andrew@frostlawfirm.com<br>           admin@frostlawfirm.com<br><br>***Attorneys for Plaintiffs*** | Mark B. Tuvim<br>Kevin J. Craig<br>Trevor J. Mohr<br>Gordon & Rees Scully Mansukhani, LLP<br>701 Fifth Avenue, Suite 2100<br>Seattle, WA 98104<br>Email:  mtuvim@grsm.com<br>           kcraig@grsm.com<br>           tmohr@grsm.com<br>           seaasbestos@grsm.com<br><br>***Attorneys for Air & Liquid Systems Corporation; Ingersoll-Rand Company; Milwaukee Valve Company, Inc.; and Velan Valve Corporation*** |
| Jeffrey M. Odom<br>Angie R. Nolet<br>Lane Powell PC<br>1420 5th Avenue, Suite 4200<br>Seattle, WA  98101<br>Email:  odomj@lanepowell.com<br>           noleta@lanepowell.com<br><br>***Attorneys for Anchor/Darling Valve Company (improperly named as Flowserve US, Inc.)*** | Ronald C. Gardner<br>Gardner Trabolsi & Associates PLLC<br>2200 Sixth Avenue, Suite 600<br>Seattle, WA  98121<br>Email:  rgardner@gandtlawfirm.com<br><br>***Attorneys for Auburn Technology, Inc.*** |
| Jeanne F. Loftis<br>Lorianne Hanson<br>Bullivant Houser Bailey PC<br>888 SW Fifth Avenue, Suite 300<br>Portland, OR  97204<br>Email:  jeanne.loftis@bullivant.com<br>           lorianne.hanson@bullivant.com<br>           asbestos-pdx@bullivant.com<br><br>***Attorneys for Aurora Pump Company; and Taco, Inc.*** | Christine E. Dinsdale<br>Rachel A. Rubin<br>Soha & Lang, P.S.<br>1325 Fourth Avenue, Suite 2000<br>Seattle, WA  98101-2570<br>Email:  dinsdale@sohalang.com<br>           rubin@sohalang.com<br>           asbestos@sohalang.com<br><br>***Attorneys for BW/IP, Inc.; Alfa Laval, Inc.; and Flowserve Corporation f/k/a the Duriron Company (improperly named as Flowserve US, Inc.)*** |

DECLARATION OF G. WILLIAM SHAW IN
SUPPORT OF DEFENDANT CRANE CO.'S
MOTION FOR SUMMARY JUDGMENT - 2
(Case No. 2:19-cv-00793-RSL)

| | |
|---|---|
| Ryan W. Vollans<br>Nicole R. MacKenzie<br>Megan E. Uhle<br>Williams Kastner<br>601 Union Street, Suite 4100<br>Seattle, WA  98101<br>Email:  rvollans@williamskastner.com<br>            nmackenzie@williamskastner.com<br>            muhle@williamskastner.com<br>            wkgasbestos@williamskastner.com<br><br>**Attorneys for Carrier Corporation** | Christopher S. Marks<br>Erin P. Fraser<br>Tanenbaum Keale, LLP<br>One Convention Place<br>701 Pike Street, Suite 1575<br>Seattle, WA  98101<br>Email:  cmarks@tktrial.com<br>            efraser@tktrial.com<br>            seattle.asbestos@tktrial.com<br><br>**Attorneys for CBS Corporation; Electrolux Home Products, Inc.; and General Electric Company** |
| Timothy K. Thorson<br>Carney Badley Spellman PS<br>701 Fifth Avenue, Suite 3600<br>Seattle, WA  98104<br>Email:  thorson@carneylaw.com<br>            asbestos@carneylaw.com<br><br>**Attorneys for Cleaver-Brooks, Inc.** | Claude Bosworth<br>Shaun M. Morgan<br>Rizzo Mattingly Bosworth PC<br>1300 SW Sixth Avenue, Suite 330<br>Portland, OR  97201-3530<br>Email:  cbosworth@rizzopc.vom<br>            smorgan@rizzopc.com<br>            asbestos@rizzopc.com<br><br>**Attorneys for Curtiss-Wright Flow Control Corp.; and Gardner Denver, Inc.** |
| Randy J. Aliment<br>Rachel Tallon Reynolds<br>Taryn M. Basauri<br>Lewis Brisbois Bisgaard & Smith LLP<br>1111 Third Avenue, Suite 2700<br>Seattle, WA  98101<br>Email:  randy.aliment@lewisbrisbois.com<br>            rachel.reynolds@lewisbrisbois.com<br>            taryn.basauri@lewisbrisbois.com<br>            Seattle-Asbestos@lewisbrisbois.com<br><br>**Attorneys for Flowserve US, Inc., solely as successor-in-interest to Edward Valves, Inc.; Invensys Systems, Inc.; and Robertshaw Controls Co.** | Michael E. Ricketts<br>James E. Horme<br>Gordon Thomas Honeywell<br>600 University Street, Suite 2915<br>Seattle, WA  98101<br>Email:  mricketts@gth-law.com<br>            jhorne@gth-law.com<br>            service@gth-law.com<br><br>**Attorneys for IMO Industries, Inc.** |

DECLARATION OF G. WILLIAM SHAW IN SUPPORT OF DEFENDANT CRANE CO.'S MOTION FOR SUMMARY JUDGMENT - 3
(Case No. 2:19-cv-00793-RSL)

K&L GATES, LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 370-7955
FACSIMILE: (206) 370-6169

| | |
|---|---|
| Dana C. Kopij<br>Tyler J. Hermsen<br>Williams Kastner<br>601 Union Street, Suite 4100<br>Seattle, WA  98101<br>Email:  dkopij@williamskastner.com<br>            thermsen@williamskastner.com<br>            WKGasbestos@williamskastner.com<br><br>***Attorneys for The Nash Engineering Company*** | Christopher S. Marks<br>Malika Johnson<br>Erin P. Fraser<br>Alice C. Serko<br>Tanenbaum Keale, LLP<br>One Convention Place<br>701 Pike Street, Suite 1575<br>Seattle, WA  98101<br>Email:  cmarks@tktrial.com<br>            mjohnson@tktrial.com<br>            efraser@tktrial.com<br>            aserko@tktrial.com<br>            seattle.asbestos@tktrial.com<br><br>George D. Yaronh (*admitted pro hac vice*)<br>D. David Steel (*admitted pro hac vice*)<br>Yaron & Associates<br>1300 Clay Street, Suite 800<br>Oakland, CA  94612<br>Email:  gyaron@yaronlaw.com<br>            dsteele@yaronlaw.com<br><br>***Attorneys for Puget Sound Commerce Center, Inc.*** |
| J. Scott Wood<br>Diane C. Babbitt<br>Foley & Mansfield<br>999 Third Avenue, Suite 3760<br>Seattle, WA  98104<br>Email:  swood@foleymansfield.com<br>            dbabbitt@foleymansfield.com<br>            asbestos-sea@foleymansfield.com<br><br>***Attorneys for Syd Carpenter Marine Contractor, Inc.*** | J. Scott Wood<br>Kyle Jones<br>Foley & Mansfield<br>999 Third Avenue, Suite 3760<br>Seattle, WA  98104<br>Email:  swood@foleymansfield.com<br>            kjones@foleymansfield.com<br>            asbestos-sea@foleymansfield.com<br><br>***Attorneys for Tate Andale, Inc.*** |
| James D. Hicks<br>Brian B. Smith<br>Foley & Mansfield<br>999 Third Avenue, Suite 3760<br>Seattle, WA  98104<br>Email:  jhicks@foleymansfield.com<br>            bsmith@foleymansfield.com<br>            asbestos-sea@foleymansfield.com<br><br>***Attorneys for The WM Powell Company*** | |

DECLARATION OF G. WILLIAM SHAW IN SUPPORT OF DEFENDANT CRANE CO.'S MOTION FOR SUMMARY JUDGMENT - 4
(Case No. 2:19-cv-00793-RSL)

K&L GATES, LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 370-7955
FACSIMILE: (206) 370-6169

1   I declare under penalty of perjury under the laws of the State of Washington that the
2   foregoing is true and correct
3   SIGNED at Seattle, Washington this 2nd day of January, 2020.

4
5   *s/ Mary J. Klemz*
    Mary J. Klemz, Sr. Practice Assistant

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

DECLARATION OF G. WILLIAM SHAW IN
SUPPORT OF DEFENDANT CRANE CO.'S
MOTION FOR SUMMARY JUDGMENT - 5
(Case No. 2:19-cv-00793-RSL)

K&L GATES, LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 370-7955
FACSIMILE: (206) 370-6169