|   |   |
|---|---|
|   | The Honorable Robert S. Lasnik<br>Trial Date: May 4, 2020 |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHARLOTTE WINELAND, Individually, and SUSAN WINELAND, as Personal Representative of the Estate of JOHN DALE WINELAND, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION (sued individually and as successor-by-merger to BUFFALO PUMPS, INC.); et al.,<br><br>Defendants. | No. 2:19-cv-00793-RSL<br><br>ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

This matter having come before the Court on the motion to substitute Christopher S. Marks, Malika Johnson, Erin P. Fraser and Alice C. Serko of Tanenbaum Keale LLP as local counsel of record for Defendant Puget Sound Commerce Center, Inc. and to withdraw Gene Barton of Karr Tuttle Campbell as local counsel, and the Court having considered the records and files herein, it is hereby:

ORDERED, ADJUDGED, AND DECREED that Christopher S. Marks, Malika Johnson, Erin P. Fraser and Alice C. Serko of Tanenbaum Keale LLP may substitute as local counsel of record for Defendant Puget Sound Commerce Center, Inc. and Gene Barton of Karr Tuttle Campbell may withdraw as counsel of record for Defendant Puget Sound Commerce Center, Inc.

NOTICE OF STIPULATED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT PUGET SOUND COMMERCE CENTER, INC., F/K/A TODD SHIPYARDS CORPORATION - 3
Case No.: 2:19-cv-00793-RSL

TANENBAUM KEALE, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150

1 | DATED this 8th day of January, 2020.
2
3
4
5 | *[signature]* Robert S. Lasnik
    United States District Judge
6
7
  | Presented by:
8
  | By: s/Christopher S. Marks
9 | By: s/Malika Johnson
  | By: s/Erin P. Fraser
10 | By: s/Alice C. Serko
   | Christopher S. Marks, WSBA #28634
11 | Malika Johnson, WSBA #39608
12 | Erin P. Fraser, WSBA #43379
   | Alice C. Serko, WSBA #45992
13 | TANENBAUM KEALE LLP
   | One Convention Place
14 | 701 Pike Street, Suite 1575
15 | Seattle WA 98101
   | (206) 889-5150
16 | Email:   cmarks@tktrial.com
   |         mjohnson@tktrial.com
17 |         efraser@tktrial.com
   |         aserko@tktrial.com
18 |         seattle.asbestos@tktrial.com
19 | Substituting Attorneys for Defendant Puget Sound Commerce Center, Inc.
20
21 | By: s/Gene Barton
   | Gene Barton, WSBA # 26408
22 | KARR TUTTLE CAMPBELL
   | 701 Fifth Ave., Suite 3300
23 | Seattle, WA 98104
   | Phone: (206) 223-1313
24 | FAX #:(206) 682-7100
   | Email: gbarton@karrtuttle.com
25
26 | Withdrawing Attorneys for Defendant Puget Sound Commerce Center, Inc.

NOTICE OF STIPULATED MOTION FOR
WITHDRAWAL AND SUBSTITUTION OF COUNSEL
FOR DEFENDANT PUGET SOUND COMMERCE
CENTER, INC., F/K/A TODD SHIPYARDS
CORPORATION - 4
Case No.: 2:19-cv-00793-RSL

TANENBAUM KEALE, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150