Randy J. Aliment, WSBA #11440
Rachel Tallon Reynolds, WSBA #38750
Taryn M. Basarui, WSBA #31637
Lewis Brisbois Bisgaard & Smith LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
Phone: (206) 436-2020
Fax: (206) 436-2030
randy.aliment@lewisbrisbois.com
rachel.reynolds@lewisbrisbois.com
taryn.basarui@lewisbrisbois.com
*Attorneys for Defendant Flowserve US, Inc.
as successor-in-interest to Edward Valves, Inc.*

Honorable Robert L. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| CHARLOTTE WINELAND, Individually, and SUSAN WINELAND, as Personal Representative of the Estate of JOHN DALE WINELAND, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 2:19-cv-00793-RSL<br><br>STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF DEFENDANT FLOWSERVE US, INC. AS SUCCESSOR-IN-INTEREST TO EDWARD VALVES, INC., WITHOUT PREJUDICE |

COME NOW ALL PARTIES HERETO, pursuant to Fed. R. Civ. P. 41(a) and acting through their undersigned counsel of record, agree and stipulate that Defendant Flowserve US, Inc., solely as successor-in-interest to Edward Valves, Inc., may be dismissed from this action without prejudice, with each party to bear its own costs and fees.

DATED this 28th day of January, 2020.

LEWIS BRISBOIS BISGAARD & SMITH, LLP

*s/ Randy J. Aliment*
Randy J. Aliment, WSBA #11440

*s/Rachel Tallon Reynolds*
Rachel Tallon Reynolds, WSBA #38750

*s/Taryn M. Basauri*
Taryn M. Basauri, WSBA #51637
*Attorneys for Defendant Flowserve US, Inc.*
*as successor-in-interest to Edward Valves, Inc.*

WEINSTEIN CAGGIANO PLLC

*s/ Brian D. Weinstein*
Brian D. Weinstein, WSBA #24497
Attorney for Plaintiff

## ORDER

Pursuant to the Stipulation above, it is hereby ORDERED that Defendant Flowserve US, Inc., solely as successor-in-interest to Edward Valves, Inc., may be, and hereby is, dismissed from this action without prejudice, with each party bearing its own costs and fees as to this dismissal.

Dated this 31st day of January, 2020.

*[signature]*
Robert L. Lasnik
UNITED STATES DISTRICT JUDGE

Presented by:

LEWIS BRISBOIS BISGAARD & SMITH, LLP

s/ Randy J. Aliment
Randy J. Aliment, WSBA #11440

s/Rachel Tallon Reynolds
Rachel Tallon Reynolds, WSBA #38750

s/Taryn M. Basauri
Taryn M. Basauri, WSBA #51637
Attorney for Defendants

WEINSTEIN CAGGIANO PLLC

s/ Brian D. Weinstein
Brian D. Weinstein, WSBA #24497
Attorney for Plaintiff