The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT SEATTLE

| | |
|---|---|
| CHARLOTTE WINELAND, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORP., *et al.*<br><br>Defendants. | Cause No. C19-0793RSL<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT FLOWSERVE CORPORATION F/K/A THE DURIRON COMPANY, INC.**<br><br>***CLERK'S ACTION REQUIRED*** |

IT IS HEREBY STIPULATED by and between Plaintiffs and defendant Flowserve Corporation, f/k/a the Duriron Company, Inc, also incorrectly identified as "Flowserve US, Inc. (sued as successor-in-interest to Duriron International, Inc. and Durco International)" [herein referred to as Duriron], that Duriron be dismissed, without prejudice, and without fees, costs or expenses to either party, reserving to Plaintiffs all of Plaintiffs' claims against all other parties. The parties also agree that this order may be presented to the Court for entry without further notice of presentation.

DATED: January 28, 2020.

| | |
|---|---|
| FROST LAW FIRM, PC | SOHA & LANG, P.S. |
| *s/ Andrew Seitz* | *s/ Christine E. Dinsdale* |
| Scott L. Frost, WSBA # 54685 | Christine E. Dinsdale, WSBA 12622 |
| Andrew Seitz, *Admitted Pro Hac Vice* | Rachel A. Rubin, WSBA 48971 |
| Attorneys for Plaintiffs | Attorneys for Defendant Flowserve Corporation, f/k/a The Duriron Company, Inc. |

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT FLOWSERVE CORPORATION F/K/A THE DURIRON COMPANY, INC.– 1
USDC WD WA/SEA CAUSE NO. C19-0793RSL

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON 98101
(206) 624-1800/Fax (206) 624-3585

3500.00049 ma24d035ve

## ORDER

THIS MATTER, having come before this Court upon the foregoing stipulation, and the Court being fully advised on this matter:

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that all of the Plaintiffs' claims against defendant Duriron are hereby dismissed without prejudice and without costs to either party, reserving to Plaintiffs their claims against all other parties.

DONE this 31st day of January, 2020.

*[signature]*

ROBERT S. LASNIK
United States District Judge

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT FLOWSERVE CORPORATION F/K/A THE DURIRON COMPANY, INC.– 2
USDC WD WA/SEA CAUSE NO. C19-0793RSL

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON 98101
(206) 624-1800/Fax (206) 624-3585

3500.00049 ma24d035ve