The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT SEATTLE

CHARLOTTE WINELAND, *et al.*,

Plaintiffs,

vs.

AIR & LIQUID SYSTEMS CORP., *et al.*

Defendants.

Cause No. C19-0793RSL

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT BW/IP, INC.**

***CLERK'S ACTION REQUIRED***

IT IS HEREBY STIPULATED by and between Plaintiffs and defendant BW/IP, Inc. and its wholly owned subsidiaries, also incorrectly identified as "Flowserve US, Inc. (sued as successor-in-interest to BW/IP International, Inc.)" ("BW/IP"), that BW/IP be dismissed, without prejudice, and without fees, costs or expenses to either party, reserving to Plaintiffs all of Plaintiffs' claims against all other parties.  The parties also agree that this order may be presented to the Court for entry without further notice of presentation.

DATED: January 28, 2020.

FROST LAW FIRM, PC

*s/ Andrew Seitz*
Scott L. Frost, WSBA # 54685
Andrew Seitz, *Admitted Pro Hac Vice*
Attorneys for Plaintiffs

SOHA & LANG, P.S.

*s/ Christine E. Dinsdale*
Christine E. Dinsdale, WSBA 12622
Rachel A. Rubin, WSBA 48971
Attorneys for Defendant BW/IP, Inc.
and Its Wholly Owned Subsidiaries

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF
DEFENDANT BW/IP, INC.– 1
USDC WD WA/SEA CAUSE NO.  C19-0793RSL

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585

2804.00078 ma24cz356d

## ORDER

THIS MATTER, having come before this Court upon the foregoing stipulation, and the Court being fully advised on this matter:

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that all of the Plaintiffs' claims against defendant BW/IP are hereby dismissed without prejudice and without costs to either party, reserving to Plaintiffs their claims against all other parties.

DONE this 31st day of January, 2020.

_____
ROBERT S. LASNIK
United States District Judge

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF
DEFENDANT BW/IP, INC.– 2
USDC WD WA/SEA CAUSE NO.  C19-0793RSL

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585

2804.00078 ma24cz356d