THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| CHARLOTTE WINELAND, Individually, and SUSAN WINELAND, as Personal Representative of the Estate of JOHN DALE WINELAND<br><br>Plaintiffs,<br><br>v.<br><br>ALFA LAVAL, INC., et al.,<br><br>Defendants. | Case No. 2:19-CV-0793 - RSL<br><br>[PROPOSED] STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT CURTISS-WRIGHT FLOW CONTROL CORPORATION ONLY |

Plaintiffs and Defendant Curtiss-Wright Flow Control Corporation stipulate to the entry of the following *Order of Dismissal* without further Notice, without prejudice and without costs to either party, reserving to plaintiffs their claims against all other parties.

Dated this 6th day of February, 2020.

s/ Andrew Seitz
Andrew Seitz (Pro Hac Vice)
FROST LAW FIRM, PC
270 West 7th Street
San Pedro, California
(866) 353-6376
andrew@frostlawfirm.com

and

s/Claude Bosworth
Claude Bosworth, WSBA No. 42568
Portland, OR 97201
(P): (503) 229-1819
(F): (503) 229-0630
(206) 456-5360
cbosworth@rizzopc.com
Attorneys for Curtiss-Wright Flow Control Corporation

1 – [PROPOSED] STIPULATION AND ORDER OF DISIMSSAL WITHOUT PREJUDICE AS TO CURTISS-WRIGHT FLOW CONTROL CORPORATION

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland OR 97201
T: 503.229 1819 | F: 503.229.0630

1. WEINSTEIN CAGGIANO PLLC
   Brian D. Weinstein, WSBA # 24497
2. Alexandra B. Caggiano, WSBA #47862
3. 818 Stewart Street, Suite 930
   Seattle, Washington 98101
4. Telephone: (206) 508-7070
   Facsimile: (206) 237-8650
5. 
   Counsel for Plaintiffs
6. 
7. 
8. 
9. 
10. 
11. 
12. 
13. 
14. 
15. 
16. 
17. 
18. 
19. 
20. 
21. 
22. 
23. 
24. 
25. 
26. 

2 – [PROPOSED] STIPULATION AND ORDER OF DISIMSSAL WITHOUT
PREJUDICE AS TO CURTISS-WRIGHT FLOW CONTROL CORPORATION

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland OR 97201
T: 503.229.1819 ; F: 503.229.0630

## ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of Stipulation by Plaintiffs and Defendant Curtiss-Wright Flow Control Corporation to dismiss all claims against Curtiss-Wright Flow Control Corporation only, without prejudice and without costs as to any party; and the Court being fully advised in the premises, now, therefore,

IT IS HEREBY ORDERED that all claims against Curtiss-Wright Flow Control Corporation are hereby dismissed without prejudice and without costs.

DATED this 7th day of February, 2020.

_____
JUDGE/COMMISSIONER

Presented by:

RIZZO MATTINGLY BOSWORTH PC
Claude Bosworth, WSBA#42568
cbosworth@rizzopc.com
1300 SW Sixth Avenue, Suite 330
Portland, Oregon 97201
Telephone: 503-229-1819
Fax: 503-229-0630
*Attorney for Curtiss-Wright Flow Control Corporation*

3 – [PROPOSED] STIPULATION AND ORDER OF DISIMSSAL WITHOUT PREJUDICE AS TO CURTISS-WRIGHT FLOW CONTROL CORPORATION

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland OR 97201
T: 503.229.1819  F: 503.229.0630