THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLOTTE WINELAND, Individually, and SUSAN WINELAND, as Personal Representative of the Estate of JOHN DALE WINELAND, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.<br><br>Defendants. | Case No.: 2:19-cv-00793-RSL<br><br>**STIPULATION MOTION AND ORDER TO EXTEND EXPERT DISCLOSURE DEADLINE FOR DEFENDANT PUGET SOUND COMMERCE CENTER, INC. FKA TODD SHIPYARDS CORPORATION** |

**STIPULATION**

1. The Parties served Expert Reports under FRCP 26(a)(2) on January 15, 2020, pursuant to the deadlines set by this Court. (Dkt. 83.)

2. Captain Charles Wasson, a Naval Engineering expert timely disclosed by Defendant Puget Sound Commerce Center, Inc. fka Todd Shipyards Corporation ("Todd"), prepared his expert report by January 15, 2020, but advised Counsel for Todd that due to his age and ill-health, he would not likely be able to sit for deposition or attend trial.

3. On February 3, 2020, Counsel for Todd was advised by the wife of Captain Wasson, that he had just passed away.

4. After meeting and conferring with Counsel for Plaintiffs, the parties have agreed to permit Todd to disclose a new Naval Engineering Expert, which Todd has done.

1
STIPULATION AND ORDER

5. Pursuant to LCR 7(d)(1) and LCR 10(g), after meeting and conferring and obtaining agreement between the relevant parties, the parties hereby stipulate that there is good cause to extend the deadline for Todd to disclose a new expert to replace Charles Wasson, and serve a new expert report, under FRCP 26(a)(2), and extend the deadline for Plaintiffs to depose the new expert, disclosed by Todd, from February 14, 2020 (Dkt. 83) to February 28, 2020.

**Report for Todd's new expert under FRCP 26(a)2):**
Current Date: January 15, 2020
Proposed Date: February 15, 2020

**Expert Discovery Deadline:**
Current Deadline: February 14, 2020
Proposed Deadline: February 28, 2020

Dated: February 10, 2020    YARON & ASSOCIATES


By  /s/ D. David Steele
   GEORGE D. YARON
   D. DAVID STEELE
Attorneys for Defendant Puget Sound Commerce Center, Inc. fka Todd Shipyards Corp.


February 10, 2020    FROST LAW FIRM


By /s/Andrew Seitz
   SCOTT FROST
   ANDREW SEITZ
Attorneys for Plaintiffs

STIPULATION AND ORDER

2

# ORDER

Based on the foregoing Stipulation of the parties, it is hereby ORDERED that the case deadlines in this matter shall be extended as set forth below to Defendant Puget Sound Commerce Center, Inc. fka Todd Shipyards Corp, only.

**Report for Todd's new expert under FRCP 26(a)2):**
Current Date: January 15, 2020
Proposed Date: February 15, 2020

**Expert Discovery Deadline:**
Current Deadline: February 14, 2020
Proposed Deadline: February 28, 2020

DATED this 11th day of February, 2020.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER