UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHARLOTTE WINELAND, *et al.*,

        Plaintiffs,

        v.

AIR & LIQUID SYSTEMS
CORPORATION, *et al.*,

        Defendants.

NO. C19-0793RSL

ORDER

Currently pending before the Court are nineteen motions for summary judgment. Four of the motions are fully briefed and are ready for consideration.

In response to the two motions noted for Friday, February 28, 2020, however, plaintiffs filed a request for additional time to obtain a new Navy expert to opine regarding the activities in which Mr. Wineland would have participated while assigned to certain Navy vessels and whether he would have worked with or around the various defendants' products. Plaintiffs' original expert regarding these matters, Captain William Lowell, passed away on February 16, 2020.

The parties are currently meeting and conferring as to the appropriate course of action in these circumstances. Rather than have plaintiffs file multiple requests for additional time to respond to the remaining fifteen motions for summary judgment and defendants file replies

ORDER - 1

addressing scheduling issues rather than the merits, the Court hereby continues the briefing schedules for Dkt. # 194, 199, 204, 206, 213, 215, 217, 219, 220, 223, 225, 226, 229, 232, and 233. On or before March 6, 2020, the parties shall file a stipulated proposed resolution or, in the alternative plaintiffs shall file a motion requesting an appropriate continuance.

Dated this 26th day of February, 2020.

Robert S. Lasnik
United States District Judge