UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLOTTE WINELAND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AIR & LIQUID SYSTEMS CORPORATION, *et al.*, <br><br> Defendants. | NO. C19-0793RSL <br><br> ORDER GRANTING MOTION TO EXTEND EXPERT DISCLOSURE AND DISCOVERY DEADLINES WITH REGARDS TO DR. ROGGLI |

This matter comes before the Court on "Auburn Technology, Inc.'s Motion to Extend Deadlines for Dr. Roggli Disclosure and Deposition." Dkt. # 239.[1] The motion is unopposed and therefore GRANTED. The deadline for disclosing Dr. Roggli's opinions is extended to March 13, 2020, and his deposition may occur at a mutually agreed upon date no later than April 6, 2020.

DATED this 10th day of March, 2020.

Robert S. Lasnik
United States District Judge

---

[1] Defendant Alfa Laval, Inc., joined in the motion. Dkt. # 241.

ORDER GRANTING MOTION TO EXTEND
EXPERT DISCLOSURE AND DISCOVERY - 1