UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLOTTE WINELAND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AIR & LIQUID SYSTEMS CORP., et al., <br><br> Defendants. | NO. 2:19-cv-0793-RSL <br><br> STIPULATED MOTION AND ORDER FOR LEAVE TO WITHDRAW AND FOR SUBSTITUTION AS COUNSEL FOR DEFENDANT CLEAVER-BROOKS, INC. |

**I.**

**II.     STIPULATION**

Pursuant to Local Rule 83.2(b)(1)-(3), Timothy K. Thorson of the law firm of Carney Badley Spellman, counsel of record for Defendant Cleaver-Brooks, Inc. ("Cleaver-Brooks"), seeks leave of the Court to withdraw as counsel for Cleaver-Brooks and to be removed from the service list.  With the Court's leave, Cleaver-Brooks will thereafter be represented by substituting counsel, Kevin Craig of the law firm of Gordon Rees Scully Mansukhani, LLP, who is duly admitted to practice before this Court.  Mr. Craig will promptly file a notice of appearance on behalf of Cleaver-Brooks in this matter.

STIPULATED MOTION AND ORDER FOR LEAVE TO
WITHDRAW AND FOR SUBSTITUTION AS COUNSEL FOR
DEFENDANT CLEAVER-BROOKS, INC. – 1
(2:19-cv-0793-RSL)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

DATED this 10th day of June, 2020.

**WITHDRAWING COUNSEL FOR DEFENDANT CLEAVER-BROOKS, INC.:**

CARNEY BADLEY SPELLMAN, P.S.

*S/ Timothy K. Thorson*
Timothy K. Thorson, WSBA# 12860
701 Fifth Avenue, Suite 3600
Seattle, Washington 98104-7010
(206) 622-8020
Thorson@carneylaw.com
asbestos@carneylaw.com

**SUBSTITUTING COUNSEL FOR DEFENDANT CLEAVER-BROOKS, INC.:**

GORDON & REES SCULLY MANSUKHANI, LLP

*S/ Kevin J. Craig*
Kevin J. Craig, WSBA# 29932
701 Fifth Avenue, Suite 2100
Seattle, Washington 98104-7010
(206) 695-5100
seaasbestos@grsm.com

**COUNSEL FOR PLAINTIFFS:**

FROST LAW FIRM, PC

*S/ Andrew Seitz*
Andrew Seitz
CA Bar No. 273165
Admitted Pro Hac Vice
273 West 7th Street
San Pedro, CA 90731
(866) 353-6376
Andrew@frostlawfirm.com

STIPULATED MOTION AND ORDER FOR LEAVE TO WITHDRAW AND FOR SUBSTITUTION AS COUNSEL FOR DEFENDANT CLEAVER-BROOKS, INC. – 2
(2:19-cv-0793-RSL)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

### III. ORDER

This matter came before the Court on the Stipulated Motion and Proposed Order for Leave to Withdraw and for Substitution As Counsel For Defendant Cleaver-Brooks, Inc. Based upon the Stipulated Motion and the Court being fully apprised herein, it is hereby ORDERED that the Stipulated Motion is GRANTED. Timothy K. Thorson is granted leave to withdraw as counsel for Cleaver-Brooks and shall be removed from the service list in this matter. Kevin Craig of the law firm of Gordon Rees Scully Mansukhani, LLP, is granted leave to substitute as counsel for Cleaver-Brooks and shall promptly file a notice of appearance.

Dated this 11th day of June, 2020.

*/s/ Robert S. Lasnik*
Judge Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER FOR LEAVE TO WITHDRAW AND FOR SUBSTITUTION AS COUNSEL FOR DEFENDANT CLEAVER-BROOKS, INC. – 3
(2:19-cv-0793-RSL)

CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020