1

2

3

4

The Honorable Robert S. Lasnik

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7    CHARLOTTE WINELAND, Individually, and     NO. 2:19-cv-00793-RSL

8    SUSAN WINELAND, as Personal
     Representative of the Estate of JOHN DALE   STIPULATED AND ORDER
     WINELAND, Deceased                          PERMITTING PLAINTIFFS TO NOTE

9                                                THE FED. R, CIV. P. 30(B)(6)
                                                 DEPOSITION OF DEFENDANT

10                    Plaintiffs,                CARRIER CORPORATION AFTER THE
                                                 DISCOVERY DEADLINE

11            v.

12   AIR & LIQUID SYSTEMS CORPORATION,
     et al.,

13                    Defendants.

14

15                              **STIPULATION**

16          Pursuant to LCR 7(d)(1) and LCR 10(g), defendant Carrier Corporation and plaintiffs

17   Charlotte Wineland and Susan Wineland hereby jointly request that the Court enter an order

18   permitting plaintiffs to note the Fed. R. Civ. P. 30(b)(6) deposition of Carrier Corporation

19   beyond the current deadline to complete discovery of August 9, 2020.  Counsel for both parties

20   met and conferred about the need to proceed with this deposition at this time, particularly in

21   light of the evidentiary posture of this case and forthcoming dispositive motions, as well as in

22   the midst of the Covid-19 pandemic and the accompanying travel and quarantine restrictions

23   which make gathering documents and information and preparing and presenting a witness

24   sufficiently prepared to respond to the breadth of topics requested by plaintiffs incredibly

25   difficult.  The parties have discussed the timing of the deposition and several different possible

STIPULATED AND ORDER PERMITTING PLAINTIFFS TO NOTE          **Williams, Kastner & Gibbs PLLC**
THE FED. R, CIV. P. 30(B)(6) DEPOSITION OF DEFENDANT        601 Union Street, Suite 4100
CARRIER CORPORATION AFTER THE DISCOVERY DEADLINE            Seattle, Washington 98101-2380
- 1                                                          (206) 628-6600

1   means for reducing costs associated with this deposition, including those enumerated in the

2   local rules, which will further judicial economy.

3         Counsel have agreed that postponing the Fed. R. Civ. P. 30(b)(6) deposition of Carrier

4   Corporation at this time will allow the parties adequate time to review the evidence in this case

5   and the necessity for this deposition at this time, continue to meet and confer on the necessity,

6   the timing and the scope of the deposition and various options that would help the parties to

7   avoid unnecessary discovery and costs, and reach an agreement in this regard and, hopefully,

8   avoid unnecessary discovery motions.  The parties do not anticipate that conducting this

9   deposition after the discovery deadline will cause any other delay in litigating the case.

10        For these reasons that will aid the judicial economy, and also in light of the current

11  pandemic situation and Carrier Corporation's pending motion for summary judgment, the

12  parties agree that there is good cause to allow the deposition of Carrier Corporation to occur

13  beyond the current deadline to complete discovery of August 9, 2020.

14        This stipulation is intended to address the timing of the deposition relative to the current

15  discovery deadline only.  The parties agree that Carrier Corporation expressly preserves and

16  does not waive any objections it may have to plaintiffs' notice of deposition unrelated to the

17  timing of the deposition after the current discovery deadline.

18  **STIPULATED BY**:

19  FROST LAW FIRM, PC                WILLIAMS, KASTNER & GIBBS PLLC

20  By: *s/ Andrew Seitz*            By:  *s/ Megan E. Uhle*
    Andrew Seitz                     Megan E. Uhle

21      273 West 7th Street              Nicole R. MacKenzie

22      San Pedro, CA 90731          601 Union Street, Suite 4100
    Email: andrew@frostlawfirm.com     Seattle, WA  98101-2380

23      admin@frostlawfirm.com         Email: muhle@williamskastner.com
    *Attorneys for Plaintiff*           nmackenzie@williamskastner.com

24                                 wkgasbestos@williamskastner.com
                               *Attorneys for Defendant Carrier Corporation*

25

STIPULATED AND ORDER PERMITTING PLAINTIFFS TO NOTE
THE FED. R, CIV. P. 30(B)(6) DEPOSITION OF DEFENDANT
CARRIER CORPORATION AFTER THE DISCOVERY DEADLINE
- 2

1
2

**ORDER**

3

Based on the foregoing stipulation of the parties, it is hereby ORDERED that the Fed.

4

R. Civ. P. 30(b)(6) deposition of Carrier Corporation may occur by agreement of the parties

5

after the current deadline to complete discovery of August 9, 2020.

6
7

Dated this 31st day of July, 2020.

8
9

_____
Robert S. Lasnik
United States District Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

STIPULATED AND ORDER PERMITTING PLAINTIFFS TO NOTE
THE FED. R, CIV. P. 30(B)(6) DEPOSITION OF DEFENDANT
CARRIER CORPORATION AFTER THE DISCOVERY DEADLINE
- 3

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600