The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLOTTE WINELAND, Individually, and SUSAN WINELAND, as Personal Representative of the Estate of JOHN DALE WINELAND, Deceased<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | NO. 2:19-cv-00793-RSL<br><br>UNOPPOSED MOTION FOR AN ORDER EXTENDING TIME FOR DEFENDANT CARRIER CORPORATION TO FILE SUMMARY JUDGMENT MOTION |

Pursuant to Fed. R. Civ. P. 6(b), LCR 7(d)(1), and LCR 10(g), defendant Carrier Corporation requests that the Court enter an order extending its time to file a summary judgment motion until 10 days after plaintiffs' deposition of fact witness Gregory Bullinger either takes place or is stricken, by Court order or otherwise. Carrier has conferred with counsel for plaintiffs Charlotte Wineland and Susan Wineland and confirmed that plaintiffs do not oppose this request.

Rule 6 of the Federal Rules of Civil Procedure allows the Court, for good cause, to grant a request for extension of time made before the original time has expired. Fed. R. Civ. P. 6(b)(1)(A). Here, the September 8, 2020 deadline to file summary judgment motions set in the Court's Second Amended Order Setting Trial Date and Related Dates (ECF #281) has not yet passed, and there is good cause to continue this deadline due to the pending motion by

UNOPPOSED MOTION FOR AN ORDER EXTENDING TIME FOR DEFENDANT CARRIER CORPORATION TO FILE SUMMARY JUDGMENT MOTION - 1
(Case No. C19-0793RSL)
7194826.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

plaintiffs for leave to take an additional fact witness deposition, set for hearing September 11, 2020 (ECF #317), and the competing motion by defendant Auburn Technologies, Inc. seeking to exclude the witness, set for hearing September 18, 2020 (ECF #322).  Plaintiffs contend that Mr. Gregory Bullinger served on the USS Tuscaloosa at the same time as Mr. Wineland, and have noticed his deposition to take place September 17, 2020.  (ECF #317 at 1:15-23).  Carrier requests an extension of time to file its motion for summary judgment until after it has been determined whether Mr. Bullinger will be allowed to testify, and if so, what his testimony will be, so that Carrier can file its summary judgment motion based on a complete factual records. No party will be prejudiced by the requested extension, and the requested extension will not require the modification of any other deadlines in this case.

WILLIAMS, KASTNER & GIBBS PLLC

By:  *s/ Megan E. Uhle*
  Megan E. Uhle
  Nicole R. MacKenzie
  601 Union Street, Suite 4100
  Seattle, WA  98101-2380
  Email:  muhle@williamskastner.com
  nmackenzie@williamskastner.com
  wkgasbestos@williamskastner.com
  ***Attorneys for Defendant Carrier Corporation***

UNOPPOSED MOTION FOR AN ORDER EXTENDING TIME FOR DEFENDANT CARRIER CORPORATION TO FILE SUMMARY JUDGMENT MOTION - 2
(Case No. C19-0793RSL)
7194826.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

**ORDER**

Based on the foregoing stipulation of the parties, it is hereby ORDERED that Carrier Corporation's time to file its motion for summary judgment is extended until 10 days after either: (1) the conclusion of the deposition of Gregory Bullinger; or (2) entry of an order denying plaintiffs' motion for leave to take the deposition, or other notice that the deposition will not take place.

DATED this  4th  day of  September , 2020.

_____
Robert S. Lasnik
United States District Judge

UNOPPOSED MOTION FOR AN ORDER EXTENDING TIME FOR DEFENDANT CARRIER CORPORATION TO FILE SUMMARY JUDGMENT MOTION - 3
(Case No. C19-0793RSL)
7194826.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600