UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLOTTE WINELAND, Individually, and SUSAN WINELAND, as Personal Representative of the Estate of JOHN DALE WINELAND, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.<br><br>Defendants. | Case No. 2:19-cv-00793-RSL<br><br>STIPULATED MOTION AND ORDER TO CONTINUE DEFENDANT PUGET SOUND COMMERCE CENTER, INC.'S *DAUBERT* MOTION TO EXCLUDE EXPERT TESTIMONY OF CAPTAIN ARNOLD MOORE; STEVEN PASKAL, CIH; DAVID ZHANG, M.D.; AND CHARLES AY |

## STIPULATION

Plaintiffs Charlotte Wineland and Susan Wineland ("Plaintiffs") asked Defendant Puget Sound Commerce Center, Inc. ("PSSC") for additional time to respond to PSCC's Daubert Motion to Exclude Expert Testimony of Captain Arnold Moore; Steven Paskal, CIH; David Zhang, M.D.; and Charles Ay, presently noticed for consideration on September 25, 2020. PSSC is amenable to the extension.

///

///

///

STIPULATED MOTION AND ORDER TO CONTINUE DEFENDANT PUGET SOUND COMMERCE CENTER, INC.'S *DAUBERT* MOTION TO EXCLUDE EXPERT TESTIMONY - 1

FROST LAW FIRM, PC
273 West 7th Street
San Pedro, CA 90731
PH: (866) FLF-MESO; FAX: (833) FLF-MESO

WEINSTEIN CAGGIANO PLLC
600 University Street, Suite 1620
SEATTLE, WASHINGTON 98101
(206) 508-7070 - FACSIMILE (206) 237-8650

1  Plaintiffs and Defendant hereby stipulate to continue the current note on motion calendar

2  to October 9, 2020; Plaintiffs' Opposition shall be due per code on October 5, 2020; and

3  Defendant's Reply shall be due per code on October 9, 2020.

4  DATED this 25th day of September 2020.

5

6  FROST LAW FIRM, PC

7  /s/ Andrew Seitz
   Andrew Seitz, CA Bar No. 273165
8  *Admitted Pro Hac Vice*
   Scott L. Frost, WSBA No. 54685
9  273 West 7th Street
   San Pedro, CA 90731
10 Tel: (866) FLF-MESO
   Fax: (833) FLF-MESO

11

12 WEINSTEIN CAGGIANO PLLC
   Brian D. Weinstein, WSBA No. 24497
   Alexandra B. Caggiano, WSBA No. 47862
13 600 University Street, Suite 1620
   Seattle, Washington 98101
14 Telephone: (206) 508-7070
   Facsimile: (206) 237-8650
15 *Attorneys for Plaintiffs*

16 TANENBAUM KEALE LLP

17

18  /s/ Christopher S. Marks
   Christopher S. Marks
   Tanenbaum Keale LLP
19 One Convention Place
   701 Pike Street, Suite 1575
20 Seattle, WA 98101
   (206) 227-5744
21 *Attorneys for Puget Sound Commerce Center, Inc.*

22

23

24

STIPULATED MOTION AND ORDER TO CONTINUE DEFENDANT PUGET SOUND COMMERCE CENTER, INC.'S DAUBERT MOTION TO EXCLUDE EXPERT TESTIMONY - 2

FROST LAW FIRM, PC
273 West 7th Street
San Pedro, CA 90731
PH: (866) FLF-MESO; FAX: (833) FLF-MESO

WEINSTEIN CAGGIANO PLLC
600 University Street, Suite 1620
SEATTLE, WASHINGTON 98101
(206) 508-7070 - FACSIMILE (206) 237-8650

**ORDER**

Based on the foregoing Stipulation of the Parties, it is hereby ORDERED that the Daubert Motion to Exclude Expert Testimony of Captain Arnold Moore; Steven Paskal, CIH; David Zhang, M.D.; and Charles Ay shall be re-noted to October 9, 2020.

Dated this 28th day of September, 2020.

*[signature]*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Andrew Seitz*_____9/25/2020
Plaintiffs Counsel            Date

*/s/ Christopher S. Marks*_____9/25/2020
Defendant Puget Sound Commerce Center, Inc.

STIPULATED MOTION AND ORDER TO CONTINUE DEFENDANT PUGET SOUND COMMERCE CENTER, INC.'S DAUBERT MOTION TO EXCLUDE EXPERT TESTIMONY - 3

FROST LAW FIRM, PC
273 West 7th Street
San Pedro, CA 90731
PH: (866) FLF-MESO; FAX: (833) FLF-MESO

WEINSTEIN CAGGIANO PLLC
600 University Street, Suite 1620
SEATTLE, WASHINGTON 98101
(206) 508-7070 - FACSIMILE (206) 237-8650