UNITED STATES DISTRICT COURT
WESTERN DIVISION OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CHARLOTTE WINELAND, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>ALFA LAVAL, INC., *et al.*<br><br>Defendants. | No. C19-0793 RSL<br><br>STIPULATION MOTION AND ORDER TO EXTEND DISCOVERY COMPLETION AND DISPOSITIVE MOTION DEADLINES |

**STIPULATION**

Plaintiffs and Defendant, Auburn Technology, Inc. ("Auburn"), wish to conduct the Fed. R. Civ. P. 30(b)(6) deposition of Auburn so that it is completed by October 15, 2020 and to postpone to October 30, 2020 the noting date for Auburn's Amended Motion for Summary Judgment, Dkt. 326.  The parties experienced difficulties in arranging for completion of Auburn's deposition within the discovery period because Auburn experienced delays in producing its documents due to the pandemic.  Most recently, Auburn's national counsel in charge of preparing Auburn for the deposition became ill and is in the hospital.

Accordingly, Plaintiffs and Auburn ask the Court to extend the relevant deadlines for the limited purpose of completing the above tasks and propose the following Order.

STIPULATION MOTION AND ORDER TO
EXTEND DEADLINES - 1

G<span>ARDNER</span> T<span>RABOLSI</span> & A<span>SSOCIATES</span> PLLC
A T T O R N E Y S
2200 S<span>IXTH</span> A<span>VENUE</span>, S<span>UITE</span> 600
S<span>EATTLE</span>, W<span>ASHINGTON</span> 98121
T<span>ELEPHONE</span> (206) 256-6309
F<span>ACSIMILE</span> (206) 256-6318

DATED this 25th day of September 2020.

GARDNER TRABOLSI & ASSOCIATES PLLC

By   /s/ Ronald C. Gardner
WA State Bar #9270
Gardner Trabolsi & Associates PLLC
2200 Sixth Avenue, Suite 600
Seattle, WA 98121
Phone: (206) 256-6309
Fax: (206) 256-6318
E-Mail: rgardner@gandtlawfirm.com
Attorney for Defendant Auburn Technology, Inc.

FROST LAW FIRM

By   /s/ Andrew Seitz
Scott Frost
Andrew Seitz
Attorneys for Plaintiffs

**ORDER**

Based on the foregoing Stipulation of the relevant parties, It is hereby ORDERED that the August 9, 2020 deadline for completing discovery and the October 2, 2020 deadline for hearing dispositive motions are extended for the limited purposes of completing Auburn's deposition by October 15 and setting October 30 as the hearing date for Auburn's Amended Summary Judgment Motion, Dkt 326.

DATED this 30th day of September 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATION MOTION AND ORDER TO EXTEND DEADLINES - 2

GARDNER TRABOLSI & ASSOCIATES PLLC
ATTORNEYS
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318