THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLOTTE WINELAND, Individually, and SUSAN WINELAND, as Personal Representative of the Estate of JOHN DALE WINELAND, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.<br><br>Defendants. | Case No. 2:19-cv-00793-RSL<br><br>STIPULATION AND ORDER OF DISMISSAL AS TO PLAINTIFFS' CLAIMS OF EXPOSURE POST JANUARY 1, 1980, ONLY, AS TO DEFENDANT ANCHOR/DARLING VALVE COMPANY ONLY |

Plaintiffs and Defendant Anchor/Darling Valve Company stipulate to the entry of the following *Order of Dismissal as to Plaintiffs' Claims of Exposure Post January 1, 1980, Only, as to Defendant Anchor/Darling Valve Company Only*, without further Notice, without prejudice and without costs to either party, reserving to plaintiffs their claims against all other parties.

///
///
///
///
///
///
///

STIPULATION AND ORDER OF DISMISSAL AS TO PLAINTIFFS' CLAIMS OF EXPOSURE POST JANUARY 1, 1980, AS TO DEFENDANT ANCHOR/DARLING VALVE COMPANY ONLY - 1

FROST LAW FIRM, PC
273 WEST 7th STREET
SAN PEDRO, CALIFORNIA 90731
(866) FLF-MESO - FACSIMILE (833) FLF-MESO

WEINSTEIN CAGGIANO PLLC
600 University Street, Suite 1620
SEATTLE, WASHINGTON 98101
(206) 508-7070 - FACSIMILE (206) 237-8650

1    Dated this 30th day of September, 2020.

2    /s/ *Andrew Seitz*                               /s/ *Jeffrey M. Odom*

Andrew Seitz (Pro Hac Vice)           Jeffrey M. Odom, WSBA No. 36168
FROST LAW FIRM, PC                Angie R. Nolet, WSBA No. 50059
270 West 7th Street                     1420 Fifth Avenue, Suite 4200
San Pedro, California                 P.O. Box 91302
(866) FLF-MESO                      Seattle, WA 98111-9402
andrew@frostlawfirm.com           Telephone: 206-.223.7000
                                       Facsimile: 206.223.7107
and                                      Email: odomj@lanepowell.com
                                       noleta@lanepowell.com
WEINSTEIN CAGGIANO PLLC       asbestos@lanepowell.com
Brian D. Weinstein, WSBA # 24497   docketing-sea@lanepowell.com
Alexandra B. Caggiano, WSBA
#47862                                    Counsel for Anchor/Darling Valve
600 University Street, Suite 1620      Company
Seattle, Washington 98101
Telephone: (206) 508-7070
Facsimile: (206) 237-8650

Counsel for Plaintiffs

---

STIPULATION AND ORDER OF DISMISSAL AS TO PLAINTIFFS' CLAIMS OF EXPOSURE POST JANUARY 1, 1980, AS TO DEFENDANT ANCHOR/DARLING VALVE COMPANY ONLY - 2

**FROST LAW FIRM, PC**
273 WEST 7th STREET
SAN PEDRO, CALIFORNIA 90731
(866) FLF-MESO - FACSIMILE (833) FLF-MESO

**WEINSTEIN CAGGIANO PLLC**
600 University Street, Suite 1620
SEATTLE, WASHINGTON 98101
(206) 508-7070 - FACSIMILE (206) 237-8650

ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of Stipulation by Plaintiffs and Defendant Anchor/Darling Valve Company to dismiss Plaintiffs' claims of exposure post January 1, 1980, only, as to Defendant Anchor/Darling Valve Company only; and the Court being fully advised in the premises, now, therefore,

IT IS HEREBY ORDERED that all Plaintiffs' claims of exposure post January 1, 1980, only, as to Defendant Anchor/Darling Valve Company only, are hereby dismissed without prejudice and without costs.

DATED this __1st__ day of ___October___, 2020.

_____
UNITED STATES DISTRICT JUDGE

Presented by:
FROST LAW FIRM, PC
Andrew Seitz, CA Bar No. 273165
*Admitted Pro Hac Vice*
Scott L. Frost, WSBA No. 54685
273 West 7th Street
San Pedro, CA 90731
Tel: (866) FLF-MESO
Fax: (833) FLF-MESO

and

WEINSTEIN CAGGIANO PLLC
Brian D. Weinstein, WSBA No. 24497
Alexandra B. Caggiano, WSBA No. 47862
600 University Street, Suite 1620
Seattle, Washington 98101
Telephone: (206) 508-7070
Facsimile: (206) 237-8650
*Attorneys for Plaintiffs*

STIPULATION AND ORDER OF DISMISSAL AS TO PLAINTIFFS' CLAIMS OF EXPOSURE POST JANUARY 1, 1980, AS TO DEFENDANT ANCHOR/DARLING VALVE COMPANY ONLY - 3

FROST LAW FIRM, PC
273 WEST 7th STREET
SAN PEDRO, CALIFORNIA 90731
(866) FLF-MESO - FACSIMILE (833) FLF-MESO

WEINSTEIN CAGGIANO PLLC
600 University Street, Suite 1620
SEATTLE, WASHINGTON 98101
(206) 508-7070 - FACSIMILE (206) 237-8650