UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLOTTE WINELAND, Individually, and SUSAN WINELAND, as Personal Representative of the Estate of JOHN DALE WINELAND, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.<br><br>Defendants. | Case No. 2:19-cv-00793-RSL<br><br>STIPULATED MOTION AND ORDER TO FILE UNDER SEAL CAPTAIN MOORE'S REPORT RE: ITAR-PROTECTED DOCUMENTS RELATED TO CARRIER CORPORATION |

**STIPULATION**

Plaintiffs Charlotte Wineland and Susan Wineland ("Plaintiffs"), together with Carrier Corporation, hereby file this stipulated motion for an order allowing Plaintiffs to file under seal Exhibit 2 to their expert Captain Arnold Moore's report, which is related to Carrier documents protected from public disclosure under the International Traffic in Arms Regulations (ITAR). The Court has previously granted a stipulated protective order as to those documents, limiting their disclosure. (Dkt. # 191.)

Pursuant to LR 5(g)(3)(A), the parties certify that they have met and conferred in an attempt to reach an agreement on the need to file the document under seal, to minimize the amount of

STIPULATED MOTION AND ORDER TO FILE UNDER SEAL CAPTAIN MOORE'S REPORT RE: ITAR-PROTECTED DOCUMENTS RELATED TO CARRIER CORPORATION - 1

FROST LAW FIRM, PC
273 West 7th Street
San Pedro, CA 90731
PH: (866) FLF-MESO; FAX: (833) FLF-MESO

WEINSTEIN CAGGIANO PLLC
600 University Street, Suite 1620
SEATTLE, WASHINGTON 98101
(206) 508-7070 - FACSIMILE (206) 237-8650

material filed under seal, and to explore redaction and other alternatives to filing under seal. Plaintiffs' counsel Andrew Seitz conferred with counsel for Carrier, Megan Uhle, on October 16, 2020, and requested that Carrier agree to allow Plaintiffs to not have to attach the actual documents under ITAR protection, and to allow Plaintiffs to not have to file under seal the portion of their expert Captain Arnold Moore's report that summarizes the relevant parts of the documents. After conferring with additional Carrier counsel, Ms. Uhle informed Plaintiffs on October 19, 2020, that Carrier would not object to the fact that Plaintiffs did not attach as exhibits the actual documents, but that Carrier could not waive ITAR protections and as such Captain Moore's report—and thus, part of Plaintiffs' response to Carrier's motion for summary judgment—must be filed under seal.

Pursuant to LR 5(g)(3)(B), Carrier states that ITAR is a United States regulatory regime to restrict and control the export of defense and military related technologies to safeguard United States national security and further United States foreign policy objectives. Because the underlying documents are protected by ITAR, any public disclosure of the documents or their contents could jeopardize United States national security and erode United States foreign policy objections. It is mandatory that Carrier follow ITAR procedures, and they cannot be waived by Carrier.

///
///
///
///
///
///
///
///

STIPULATED MOTION AND ORDER TO FILE UNDER SEAL CAPTAIN MOORE'S REPORT RE: ITAR-PROTECTED DOCUMENTS RELATED TO CARRIER CORPORATION - 2

**FROST LAW FIRM, PC**
273 West 7th Street
San Pedro, CA 90731
PH: (866) FLF-MESO; FAX: (833) FLF-MESO

**WEINSTEIN CAGGIANO PLLC**
600 University Street, Suite 1620
SEATTLE, WASHINGTON 98101
(206) 508-7070 - FACSIMILE (206) 237-8650

1    DATED this 19th day of October 2020.

3    FROST LAW FIRM, PC

4    */s/ Andrew Seitz*
     Andrew Seitz, CA Bar No. 273165
5    *Admitted Pro Hac Vice*
     Scott L. Frost, WSBA No. 54685
6    273 West 7th Street
     San Pedro, CA 90731
7    Tel: (866) FLF-MESO
     Fax: (833) FLF-MESO

9    WEINSTEIN CAGGIANO PLLC
     Brian D. Weinstein, WSBA No. 24497
     Alexandra B. Caggiano, WSBA No. 47862
10   600 University Street, Suite 1620
     Seattle, Washington 98101
11   Telephone: (206) 508-7070
     Facsimile: (206) 237-8650
12   *Attorneys for Plaintiffs*

14   WILLIAMS KASTNER

15    */s/ Megan Uhle*
     Megan Uhle
16   Williams Kastner
     1515 SW Fifth Avenue, Suite 600
17   Telephone: (503) 944-6944
     Facsimile: (503) 222-7261
18   *Attorneys for Carrier Corporation*

STIPULATED MOTION AND ORDER TO FILE UNDER SEAL CAPTAIN MOORE'S REPORT RE: ITAR-PROTECTED DOCUMENTS RELATED TO CARRIER CORPORATION - 3

FROST LAW FIRM, PC
273 West 7th Street
San Pedro, CA 90731
PH: (866) FLF-MESO; FAX: (833) FLF-MESO

WEINSTEIN CAGGIANO PLLC
600 University Street, Suite 1620
SEATTLE, WASHINGTON 98101
(206) 508-7070 - FACSIMILE (206) 237-8650

**ORDER**

Based on the foregoing Stipulation of the Parties, it is hereby ORDERED that Exhibit 2 to the Expert Report of Captain Arnold Moore, which is related to the Carrier Corporation documents protected by ITAR, and Plaintiffs' unredacted response to Carrier Corporation's motion for summary judgment referencing the same, shall be kept under seal.

DATED this 26th day of October, 2020.

*/s/ Robert S. Lasnik*
THE HONORABLE ROBERT S. LASNIK

Presented by:

/s/ Andrew Seitz                 10/19/2020
Plaintiffs' Counsel              Date

/s/ Megan Uhle                   10/19/2020
Defendant Carrier Corporation    Date

STIPULATED MOTION AND ORDER TO FILE UNDER SEAL CAPTAIN MOORE'S REPORT RE: ITAR-PROTECTED DOCUMENTS RELATED TO CARRIER CORPORATION - 4

**FROST LAW FIRM, PC**
273 West 7th Street
San Pedro, CA 90731
PH: (866) FLF-MESO; FAX: (833) FLF-MESO

**WEINSTEIN CAGGIANO PLLC**
600 University Street, Suite 1620
SEATTLE, WASHINGTON 98101
(206) 508-7070 - FACSIMILE (206) 237-8650