UNITED STATES DISTRICT COURT
WESTERN DIVISION OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CHARLOTTE WINELAND, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALFA LAVAL, INC., *et al.*<br><br>    Defendants. | No. C19-0793RSL<br><br>ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT AUBURN TECHNOLOGY, INC.<br><br>*CLERK'S ACTION REQUIRED* |

Based on the Stipulation of the Plaintiffs and Defendant Auburn Technology, Inc. (Dkt. # 529), it is ORDERED, ADJUDGED and DECREED that all of Plaintiffs' claims against Defendant Auburn Technology, Inc., are hereby dismissed with prejudice, reserving to Plaintiffs' their claims against all other defendants, no costs to be awarded.

DATED this 22nd day of January, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik,
United State District Judge

ORDER OF DISMISSAL OF DEFENDANT AUBURN TECHNOLOGY, INC.- 1

GARDNER TRABOLSI & MORDEKHOV PLLC
A T T O R N E Y S
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318