UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLOTTE WINELAND, Individually, and SUSAN WINELAND, as Personal Representative of the Estate of JOHN DALE WINELAND, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, *et al.*,<br><br>Defendants. | Cause No. C19-0793RSL<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. On March 3, 2021, oral argument was held on defendant Todd Shipyards' motion for summary judgment. After contesting defendant's invocation of maritime law in the written submissions, plaintiffs conceded during argument that maritime law governs their claims in this case.

The parties are hereby ORDERED TO SHOW CAUSE why maritime law should not be applied in this litigation. Responses, if any, are due on or before April 11, 2021. Replies, if any, are due on or before April 15, 2021.

Dated this 8th day of March, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE - 1