HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLOTTE WINELAND, Individually and SUSAN WINELAND, as Personal Representative of the Estate of JOHN DALE WINELAND, Deceased<br><br>Plaintiffs,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | NO. 2:19-cv-00793-RSL<br><br>**DEFENDANT MILWAUKEE VALVE COMPANY, INC.'S NOTICE OF SETTLEMENT AND STRIKING MOTION FOR SUMMARY JUDGMENT** |

Defendant Milwaukee Valve Company, Inc. hereby provides notice that it has reached agreement to resolve this matter with Plaintiffs. This does not affect any claims by Plaintiffs against any other defendants. Accordingly, Milwaukee Valve Company, Inc. strikes its Motion for Summary Judgment (Dkt #329) noted for consideration on September 25, 2020.

DATED this 8th day of March, 2021.

GORDON REES SCULY MANSUKHANI, LLP

*s/Mark B. Tuvim*
Mark B. Tuvim, WSBA No. 31909
Kevin J. Craig, WSBA No. 29932
seaasbestos@grsm.com
Attorneys for Milwaukee Valve Company, Inc.

DEFENDANT MILWAUKEE VALVE COMPANY, INC.'S NOTICE OF SETTLEMENT AND STRIKING MOTION FOR SUMMARY JUDGMENT -1

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

# CERTIFICATE OF SERVICE

I certify under the penalty of perjury under the laws of the State of Washington that on this date I filed a copy of the foregoing document with the Clerk of the Court with the CM/ECF system, which serve all counsel of record via email, addressed as follows:

| **Attorneys for Plaintiff**<br>Brian D. Weinstein<br>Alexandra B. Caggiano<br>Phillip Chu<br>Weinstein Caggiano<br>1600 University Street, Suite 1620<br>Seattle, WA 98101<br>service@weinsteincaggiano.com<br><br>Scott L. Frost<br>Frost Law Firm, PC<br>273 W. Seventh Street<br>San Pedro, CA 90731<br>scott@frostlawfirm.com<br>andrew@frostlawfirm.com<br>admin@frostlawfirm.com<br><br>Ron Archer (*Pro Hac Vice*)<br>ron@frostlawfirm.com | **Attorneys for Invensys Systems, Inc. and Robertshaw Controls Co.**<br>Randy J. Aliment<br>Rachel Tallon Reynolds<br>Taryn M. Basuari<br>Lewis Brisbois Bisgaard & Smith LLP<br>1111 Third Avenue, Suite 2700<br>Seattle, WA 98101<br>Seattle-asbestos@lewisbrisbois.com<br><br>Christine E. Dinsdale<br>Marc M. Carlton<br>Rachel Rubin<br>Soha & Lang<br>1325 Fourth Avenue, Suite 2000<br>Seattle, WA 98101<br>asbestos@sohalang.com |
|---|---|
| **Attorney for Carrier Corporation**<br>Nichole R. Mackenzie<br>Ryan W. Vollans<br>Megan Uhle<br>Williams Kastner & Gibbs PLLC<br>601 Union Street, Suite 4100<br>Seattle, WA 98101<br>wkgasbestos@williamskastner.com<br><br>Daniel M. Finer (*Pro Hac Vice*)<br>Daniel.finer@tuckerellis.com<br><br>Knight S. Anderson (*Pro Hac Vice*)<br>Knight.anderson@tuckerellis.com | **Attorneys for Warren Pumps LLC**<br>Allen Eraut<br>Rizzo Mattingly Bosworth, P.C.<br>1300 SW Sixth Avenue, Suite 330<br>Portland, OR 97201<br>asbestos@rizzopc.com<br><br>and<br><br>Andrew Smith Russell (*Pro Hac Vice*)<br>Arussell@piercedavis.com |
| **Attorneys for Taco, Inc. and Aurora Pump Company**<br>Jeanne F. Loftis<br>Bullivant Houser Baily PC<br>888 SW Fifth Avenue, Suite 500<br>Portland, OR 97204<br>asbestos@bullivant.com | **Attorneys for CBS Corporation and General Electric Company**<br>Christopher S. Marks<br>Tanenbaum Keale LLP<br>701 Pike Street, Suite 1575<br>Seattle, WA 98101<br>Seattle.asbestos@tktrial.com |

CERTIFICATE OF SERVICE - 1

**GORDON REES SCULLY MANSUKHANI LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

| Attorney for Nash Engineering Company<br>Dana C. Kopij<br>Williams Kastner & Gibbs PLLC<br>601 Union Street, Suite 4100<br>Seattle, WA 98101<br>[*SETTLED*] | Attorney for Puget Sound Commerce Center, Inc.<br>Walter E. Barton<br>Karr Tuttle Campbell<br>701 Fifth Avenue, Suite 330<br>Seattle, WA 98104<br>asbestos@karrtuttle.com |
|---|---|
| **Attorneys for Defendant Crane Co.**<br>Ryan J. Groshong<br>G. William Shaw<br>K&L Gates LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104<br>Se.asbestos@klgates.com | **Attorneys for Gardner Denver, Inc.**<br>Claude Bosworth<br>Shaun Morgan<br>Rizzo Mattingly Bosworth, P.C.<br>1300 SW Sixth Avenue, Suite 330<br>Portland, OR 97201<br>*Settled 10-06-20*<br>asbestos@rizzopc.com |
| **Attorneys for Electrolux Home Products, Inc.**<br>Christopher S. Marks<br>Malika Johnson<br>Alice C. Serko<br>Tanenbaum Keale LLP<br>701 Pike Street, Suite 1575<br>Seattle, WA 98101<br>Seattle.asbestos@tktrial.com | **Attorneys for Syd Carpenter Marine Contractor, Inc.**<br>[*SETTLED*]<br>J. Scott Wood<br>Diane C. Babbitt<br>Kyle Jones<br>Foley & Mansfield PLLLP<br>999 Third Avenue, Suite 3760<br>Seattle, WA 98104<br>Asbestos-sea@foleymansfield.com |
| **Attorneys for The Wm. Powell Company**<br>Brian Smith<br>James D. Hicks<br>Foley & Mansfield PLLLP<br>999 Third Avenue, Suite 3760<br>Seattle, WA 98104<br>Asbestos-sea@foleymansfield.com | **Attorney for IMO Industries, Inc.**<br>Michael E. Ricketts<br>Gordon Thomas Honeywell, LLP<br>520 Pike Street, Suite 2350<br>Seattle, WA 98101<br>IMOservice@gth-law.com |

CERTIFICATE OF SERVICE - 2

**GORDON REES SCULLY MANSUKHANI LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

| **Attorneys for Auburn Technology, Inc.** [*DISMISSED*] Ronald C. Gardner Emily A. Albrecht Gardner Trabolsi & Associates PLLC 2200 Sixth Avenue, Suite 600 Seattle, WA 98121 asbestos@gandtlawfirm.com <br><br>Patrick Kenneth-Allen Elkins (*Pro Hac Vice*) Patrick.elkins@morganlewis.com <br><br>Steven A. Luxton (*Pro Hac Vice*) Steven.luxton@morganlewis.com <br><br>Shawn D. Golden *(Pro Hac Vice)* Shawn.golden@morganlewis.com | **Attorneys for Tate Andale, LLC** J. Scott Wood Kyle Jones Foley & Mansfield PLLLP 999 Third Avenue, Suite 3760 Seattle, WA 98104 Asbestos-sea@foleymansfield.com |
|---|---|
| **Attorneys for Anchor/Darling Valve Company** [*SETTLED*] Jeffrey Odom Angie R. Nolet Lane Powell PC 1420 Fifth Avenue, Suite 4200 Seattle, WA 98101 asbestos@lanepowell.com | |

DATED this 8th day of March, 2021.

*s/ Lynn Van Eyck*
Lynn Van Eyck

CERTIFICATE OF SERVICE - 3

**GORDON REES SCULLY MANSUKHANI LLP**
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822