UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLOTTE WINELAND, Individually, and SUSAN WINELAND, as Personal Representative of the Estate of JOHN DALE WINELAND, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | No.: 2:19-cv-00793-RSL<br><br>ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT TACO INC. |

THIS MATTER, having come before this Court upon the foregoing stipulation, and the Court being fully advised on this matter:

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that all of the Plaintiffs' claims against Defendant Taco Inc. only are hereby dismissed with prejudice and without costs to either party, reserving to Plaintiffs their claims against all other parties.

///

///

ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT TACO INC.

PAGE 1

Bullivant|Houser|Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon 97204-4022
Telephone: 503.228.6351

Dated this 23rd day of April, 2021.

*MRT S Lasnik*
THE HONORABLE ROBERT S. LASNIK

Presented by:

BULLIVANT HOUSER

By */s/ Lorianne Hanson*
   Jeanne F. Loftis, WSBA #35355
   Lorianne Hanson, WSBA #53388
   Lorianne.Hanson@bullivant.com

Attorneys for Defendant
Taco Inc.

Approved as to Form;
Notice of Presentation Waived:

By  /s/ **Alexandra Caggiano**
   Brian D. Weinstein, WSBA # 24497
   Alexandra B. Caggiano, WSBA # 47862
   WATeam@mrhfmlaw.com

Attorneys for Plaintiffs

ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT TACO INC.

PAGE 2

Bullivant|Houser|Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351