UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLOTTE WINELAND, Individually, and SUSAN WINELAND, as Personal Representative of the Estate of JOHN DALE WINELAND, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | No.: 2:19-cv-00793-RSL<br><br>ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT AURORA PUMP COMPANY |

THIS MATTER, having come before this Court upon the foregoing stipulation, and the Court being fully advised on this matter:

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that all of the Plaintiffs' claims against Defendant Aurora Pump Company only are hereby dismissed with prejudice and without costs to either party, reserving to Plaintiffs their claims against all other parties.

///

ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT AURORA PUMP COMPANY

PAGE 1

Bullivant|Houser|Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

1  Dated this 23rd day of April, 2021.

*[signature]*
THE HONORABLE ROBERT S. LASNIK

Presented by:

BULLIVANT HOUSER

By */s/ Lorianne Hanson*
   Jeanne F. Loftis, WSBA #35355
   Lorianne Hanson, WSBA #53388
   Lorianne.Hanson@bullivant.com

Attorneys for Defendant
Aurora Pump Company


Approved as to Form;
Notice of Presentation Waived:

By /s/ **Alexandra Caggiano**
   Brian D. Weinstein, WSBA # 24497
   Alexandra B. Caggiano, WSBA # 47862
   WATeam@mrhfmlaw.com

Attorneys for Plaintiffs

---

ORDER OF DISMISSAL WITH PREJUDICE OF
DEFENDANT AURORA PUMP COMPANY

PAGE 2

**Bullivant|Houser|Bailey PC**
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351