UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLOTTE WINELAND, Individually, and SUSAN WINELAND, as Personal Representative of the Estate of JOHN DALE WINELAND, Deceased<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | NO. 2:19-cv-00793-RSL<br><br>STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT THE NASH ENGINEERING COMPANY ONLY |

## **STIPULATION**

Defendant The Nash Engineering Company and Plaintiffs Charlotte Wineland, individually, and Susan Wineland, as Personal Representative of the Estate of John Dale Wineland, hereby stipulate and agree that all claims herein brought against defendant The Nash Engineering Company may be dismissed, with prejudice and without fees or costs to either party, reserving to Plaintiffs all rights of action, claims, and demands against any and all other parties. Plaintiffs and The Nash Engineering Company further stipulate to the entry of the following Order of Dismissal without further Notice.

///

///

///

STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT
THE NASH ENGINEERING COMPANY ONLY - 1
(Case No. 2:19-cv-00793-RSL)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

DATED this 15th day of July, 2021.         DATED this 15th day of July, 2021.

WILLIAMS, KASTNER & GIBBS PLLC              FROST LAW FIRM, PC

By  *s/Dana Kopij*                          By  *s/Andrew Seitz*
    Dana C. Kopij, WSBA #31648             Andrew Seitz, *pro hac vice*

*Attorneys for Defendant The Nash           Attorneys for Plaintiffs*
*Engineering Company*

## ORDER OF DISMISSAL

THIS MATTER having come before this Court upon the foregoing Stipulation, and the Court being fully advised in the premises:

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs' claims against defendant The Nash Engineering Company are dismissed in their entirety, with prejudice and without fees or costs to any party, reserving to Plaintiffs all of Plaintiffs' rights of action, claims and demands against any and all other parties.

Dated this 16th day of July, 2021.

*[signature]*
HONORABLE ROBERT S. LASNIK
United States District Judge

STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT
THE NASH ENGINEERING COMPANY ONLY - 2
(Case No. 2:19-cv-00793-RSL)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600