HONORABLE ROBERT S. LASNIK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| CHARLOTTE WINELAND, Individually and SUSAN WINELAND, as Personal Representative of the Estate of JOHN DALE WINELAND, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION; et al,<br><br>Defendants. | NO.  2:19-CV-00793-RSL<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT THE WILLIAM POWELL COMPANY |

**STIPULATION**

Plaintiffs Charlotte Wineland, Individually and Susan Wineland, as Personal Representative of the Estate of John Dale Wineland, Deceased ("Plaintiffs"), and Defendant The William Powell Company, by and through their counsel of record, stipulate that all of Plaintiffs' claims against The William Powell Company may be dismissed with prejudice and without costs or attorney fees as to any party in the above-captioned matter, reserving to Plaintiffs their claims against the other parties.

DATED this 1st day of October, 2021.

---

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT THE WILLIAM POWELL COMPANY, NO.  2:19-CV-00793-RSL

Page 1

**Foley & Mansfield, PLLP**
999 Third Avenue
Suite 3760
Seattle, WA 98104
(206) 456-5360

| | |
|---|---|
| FROST LAW FIRM, PC | FOLEY & MANSFIELD, PLLP |
| By: *s/ Andrew Seitz (signature authorized by email)*<br>    Scott L. Frost, WSBA #54685<br>    Andrew Seitz, Admitted *Pro Hac Vice*<br>    scott@frostlawfirm.com<br>    andrew@frostlawfirm.com<br>    Attorneys for Plaintiffs | By: *s/ James D. Hicks*<br>    James D. Hicks, WSBA #36126<br>    asbestos-sea@foleymansfield.com<br>    Attorneys for Defendant<br>    The William Powell Company |

### ORDER

THIS MATTER having come before the Court by way of stipulation by the Plaintiffs Charlotte Wineland, Individually and Susan Wineland, as Personal Representative of the Estate of John Dale Wineland, Deceased, and Defendant The William Powell Company to dismiss all of Plaintiffs' claims against The William Powell Company with prejudice and without costs or attorney fees as to any party, and the Court being fully advised in the premises, now, therefore, it is hereby ORDERED as follows:

All of Plaintiffs' claims against Defendant The William Powell Company are hereby dismissed with prejudice and without costs or attorney fees as to any party, reserving to Plaintiffs their claims against the other parties.

DATED this  4th  day of _____October_____, 2021.

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT THE WILLIAM POWELL COMPANY, NO. 2:19-CV-00793-RSL

Page 2

**Foley & Mansfield, PLLP**
999 Third Avenue
Suite 3760
Seattle, WA 98104
(206) 456-5360