HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLOTTE WINELAND, Individually and SUSAN WINELAND, as Personal Representative of the Estate of JOHN DALE WINELAND, Deceased<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>　　　　　　　　　　Defendants. | NO. 2:19-cv-00793-RSL<br><br>**[PROPOSED] STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT MILWAUKEE VALVE COMPANY, INC., ONLY** |

## STIPULATION

The above-captioned plaintiffs and defendant Milwaukee Valve Company, Inc. stipulate to the entry of the following Order of Dismissal without further notice, with prejudice and without costs to either party, reserving to plaintiffs all plaintiffs' rights of action, claims, and demands against any and all other parties.

DATED this 25th day of March, 2022.

| | |
|---|---|
| WEINSTEIN CAGGIANO PLLC | GORDON REES SCULLY MANSUKHANI, LLP |
| *s/ Alexandra B. Caggiano*<br>Alexandra B. Caggiano, WSBA No. 47862<br>Attorney for Plaintiffs | *s/ Mark B. Tuvim*<br>Mark B. Tuvim, WSBA No. 31909<br>Attorney for Defendant Milwaukee Valve Company, Inc. |

[PROPOSED] STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT MILWAUKEE VALVE COMPANY, INC., ONLY -1

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

ORDER OF DISMISSAL

THIS MATTER having come on regularly for hearing before this Court upon the foregoing Stipulation, and the Court being fully advised in the premises.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiffs' claims against defendant Milwaukee Valve Company, Inc., only, are dismissed with prejudice and without costs to either party, reserving to plaintiffs all plaintiffs' right of action, claims, and demands against any and all other parties.

DONE IN OPEN COURT this _____ day of _____, 2022.

_____
HONORABLE RICHARD S. LASNIK
United States District Court Judge

Presented by:

WEINSTEIN CAGGIANO PLLC

*s/ Alexandra B. Caggiano*
Alexandra B. Caggiano, WSBA No. 247862
Attorney for Plaintiff
service@weinsteincaggiano.com

GORDON REES SCULLY MANSUKHANI, LLP

*s/ Mark B. Tuvim*
Mark B. Tuvim, WSBA No. 91909
Attorneys for Milwaukee Valve Company, Inc.
seaasbestos@grsm.com

[PROPOSED] STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT MILWAUKEE VALVE COMPANY, INC., ONLY -2

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

## CERTIFICATE OF SERVICE

I certify under the penalty of perjury under the laws of the State of Washington that on this date I filed a copy of the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which serve all counsel of record via email.

DATED this 25th day of March, 2022.

                        *s/ Lynn Van Eyck*
                        Lynn Van Eyck

CERTIFICATE OF SERVICE - 1

**GORDON REES SCULLY MANSUKHANI LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822